MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 4-13-70338 MAG |
|     Plaintiff, ) | |
| v. ) | [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM MAY 23, 2013 TO JUNE 20, 2013 |
| WILLIAM EARL ROBINSON, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Kandis A. Westmore on Thursday, March 28, 2013, for the defendant's initial appearance on a complaint.  The parties are scheduled to appear for a preliminary hearing or arraignment on Thursday, May 23, 2013, after continuing an earlier date.  The government has produced hundreds of pages of discovery to the defense, and defense counsel needs additional time to review these materials, consult with the defendant, and conduct investigation.  In addition, the parties are still contemplating a resolution that would not require the government to seek an indictment against the defendant.  To that end, the defense is conducting investigation and will produce discovery and mitigating materials to the government. Accordingly, with the agreement of counsel for the parties and the defendants, the Court now finds and holds as follows:

ORDER CONTINUING HEARING
CR 4-13-70338 MAG

1. The hearing scheduled for May 23, 2013, at 9:30 a.m. is continued to June 20, 2013, at 9:30 a.m.

2. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from May 23, 2013, to June 20, 2013.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for defense counsel to review discovery, conduct investigation, and consult with the defendant.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 23, 2013, to June 20, 2013, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from May 23, 2013, to June 20, 2013, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

5. In addition, good cause having been shown, the time between May 23, 2013, to June 20, 2013, is excluded from the time in which the court must conduct a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

IT IS SO STIPULATED.

DATED: May 14, 2013                              /s/
                                              NED SMOCK
                                              Counsel for William Earl Robinson


DATED: May 14, 2013                              /s/
                                              BRIAN C. LEWIS
                                              Assistant United States Attorney


   IT IS SO ORDERED.


DATED:  5/14/13                              _Kandis Westmore_
                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge

ORDER CONTINUING HEARING
CR 4-13-70338 MAG                         -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER CONTINUING HEARING
CR 4-13-70338 MAG                              -3-